ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2011 JUN 17 P 4:42
CLERK
SO. DIST. OF GA.

| | |
|---|---|
| ELIZABETH JONES, | ) |
| Plaintiff, | ) |
| v. | ) CV 310-038 |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration in accordance with the Court's opinion. In addition, in the event that benefits are awarded on remand, Plaintiff shall have 30 days from the date of the Social Security closeout letter to file for fees under 42 U.S.C. § 406(b).

SO ORDERED this 17th day of June, 2011, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE